UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KX REINSURANCE COMPANY,

                                        Petitioner,     08 CIV. 7807 (SAS) (MHD)

            - against –

                                                        **NOTICE TO GEN RE
                                                        OF PETITION TO**
GENERAL REINSURANCE CORPORATION and                     **CONFIRM IN PART**
NORTH STAR REINSURANCE CORPORATION,                     **AND VACATE IN PART**
                                        Respondents.    **FINAL ARBITRATION**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   **AWARD**

        PLEASE TAKE NOTICE that, pursuant to 9 U.S.C. §§ 1, 2, 6, 9, 10, 12, 201-03 and 207;

Article V of the Convention on the Recognition of Foreign Arbitral Awards (the "Convention");

Fed. R. Civ. 81; and the Court's inherent power, Petitioner KX Reinsurance Company Ltd ("KX

Re") hereby petitions the Court for an order and judgment: (a) confirming a final arbitration

award dated June 5, 2008 (the "Final Award") issued by a three-member panel of arbitrators (the

"Panel") in a consolidated arbitration proceeding (the "Arbitration") between Respondents North

Star Reinsurance Company ("North Star") and General Reinsurance Corporation ("Gen Re"),

save for the portion of the Final Award pursuant to which the Panel remains constituted until all

parties request it to step down (the "Retention of Jurisdiction Provision"); (b) vacating the

Retention of Jurisdiction provision; and (c) granting such other and further relief as the Court

deems just and proper, including, without limitation, the costs, expenses and disbursements of

this action.

        In support of the Petition, KX Re submits the Petition, a Memorandum of Law in

Support, and the Certification of Philip J. Loree Jr. executed on September 6, 2008.    The

grounds for the Petition are fully set forth in the Petition and in the Memorandum of Law.

The return date of the Petition shall be October 20, 2008 or a date to be set by the Court. You are required to respond to this Petition no later than October 6, 2008.  KX Re shall serve its reply papers within the time set forth in Court's Local Civil Rules.

We understand that the Panel is expected to advise the parties in the near future whether or not it will formally disband as KX Re requested. In the event that the Panel members do step down, KX Re's petition may, in part, become moot. In the interests of sparing Gen Re the expense of briefing an issue that may become moot, KX Re is willing to stipulate to a briefing schedule that would, with the Court's approval, provide Gen Re thirty-days from the date the parties receive notice of the Panel's decision in which to submit its papers in response to the Petition.

Dated:  September 6, 2008                    Respectfully submitted,

                                            LOREE & LOREE

                                            By:  Philip J. Loree Jr. (PL-2213)

                                                7 Bayview Terrace
                                                Manhasset, New York 11030
                                                Tel:  (516) 627-1720
                                                Fax: (516) 627-3752
                                                pjl1@LoreeLawFirm.com

                                                Attorneys for Petitioner KX REINSURANCE
                                                COMPANY, LTD

2

To:

Joseph Schiavone, Esq.
Vincent Proto, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-0999

Attorneys for Respondents GENERAL
REINSURANCE CORPORATION AND
NORTH STAR REINSURANCE CORPORATION